LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071-3119
Telephone:  (213) 485-1500
Facsimile:   (213) 485-1200

Attorneys for Defendant
FIDELITY NATIONAL FORECLOSURE, INC.

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA MURILLO, | CASE NO. CV09-00757 R (FMOx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| T.D. SERVICE COMPANY; FIDELITY NATIONAL FORECLOSURE, INC., and DOES 1 to 50, inclusive, | Honorable Manuel L. Real |
| Defendants. | |

1  This Court, having granted the Motion to Dismiss filed by Defendant Fidelity
2  National Foreclosure, Inc. with prejudice, IT IS ORDERED AND ADJUDGED that
3  Plaintiff's Complaint is DISMISSED WITH PREJUDICE and JUDGMENT IS
4  RENDERED IN FAVOR OF DEFENDANTS.

6  DATED:   April 13, 2009

_____
Hon. Manuel L. Real
United States District Judge
Central District of California