1  LOCKE LORD BISSELL & LIDDELL LLP
2  Conrad V. Sison (SBN: 217197)
   csison@lockelord.com
3  Matthew B. McClendon (SBN:  256031)
4  mmcclendon@lockelord.com
   300 South Grand Avenue, Suite 2600
5  Los Angeles, California  90071-3119
6  Telephone:   (213) 485-1500
   Facsimile:    (213) 485-1200
7
8  Attorneys for Defendant
   FIDELITY NATIONAL FORECLOSURE, INC.
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12 MARINA MURILLO,                        ) CASE NO. CV 09-00757 R (FMOx)
                                          )
13                                        )
                      Plaintiff,          ) Hon. Manuel L. Real
14                                        )
15      vs.                               ) **ORDER AWARDING ATTORNEY'S**
                                          ) **FEES**
16 T.D. SERVICE COMPANY;                  )
17 FIDELITY NATIONAL                      )
   FORECLOSURE, INC., and DOES 1 to )     **Filed Concurrently with:**
18 50, inclusive,                         ) **1. Notice of Lodging**
19                                        ) **2. Declaration of Matthew B.**
                      Defendants.         ) **McClendon**
20                                        )
                                          )
21

22        The Court, having considered the testimony of Mitchell W. Roth on January 8,

23 2009 and January 13, 2009, the documents and evidence provided to the Court in this

24 action, the arguments of counsel and the parties, and having found that this action was

25 brought in bad faith and for the purposes of harassment, hereby awards Fidelity

26 National Foreclosure, Inc. its attorney's fees of $11,983.50 pursuant to 15 U.S.C. §

27 1692k(a)(3), 28 U.S.C. § 1927, and the Court's inherent power and authority to

28

_Locke Lord Bissell & Liddell LLP_
_300 South Grand Avenue, Suite 2600_
_Los Angeles, CA  90071_

1

[PROPOSED] ORDER AWARDING ATTORNEY'S FEES

1   impose sanctions for willful abuse of the judicial process, bad faith conduct during

2   litigation, and filing of frivolous papers.

3          The Court ORDERS that:

4          1.      Mitchell W. Roth and MW Roth PLC, jointly and severally, shall

5   reimburse Plaintiff all amounts paid by Plaintiff to file and/or pursue this lawsuit.

6          2.      Mitchell W. Roth and MW Roth PLC shall be jointly and severally liable

7   for Fidelity's attorney's fees in the amount of $11,983.50.

8

9          **IT IS SO ORDERED.**

10

11

12   DATED:   April 14, 2009          _____

                                       Hon. Manuel L. Real
13                                     United States District Court Judge
                                       Central District of California
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AWARDING ATTORNEY'S FEES

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

**Locke Lord Bissell & Liddell LLP**
**300 South Grand Avenue, Suite 2600**
**Los Angeles, CA  90071**

1

## CERTIFICATE OF SERVICE

2    I, Matthew B. McClendon, an attorney, do hereby certify that on April 14,

3   2009, I caused a copy of the foregoing [PROPOSED] ORDER AWARDING

4   ATTORNEY'S FEES to be served by the method so indicated below upon the

5   following parties:

6

7   *Mitchell W. Roth*
    M.W. Roth, PLC

8   13245 Riverside Drive, Suite 320
    Sherman Oaks, California 91423

9   *Via U.S. Mail, postage prepaid.*

10

11

12   Dated: April 14, 2009             By:    ___/s/ Matthew B. McClendon_____
                                               Matthew B. McClendon
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AWARDING ATTORNEY'S FEES